Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashot Shiboyan,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>　　　Defendant. | Case No. 2:16-cv-01152-KJN<br><br>**Stipulation of Extension of Time for Plaintiff to file Brief in Support of Motion for Summary Judgment; Order Thereon** |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has been ill with a viral infection and has missed quite a bit of time off work. She does not anticipate any further need for extensions in this case.

2. Plaintiff's counsel has emailed Gina Tomaselli, Esq., defendant's counsel. Ms. Tomaselli has indicated that she is agreeable to a 30 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on August 2, 2017; Defendant's reply brief on September 1, 2017; and Plaintiff's optional response brief on September 15, 2017.

Respectfully submitted,

Dated: June 30, 2017
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: June 30, 2017
/s/ Gina Tomaselli
Gina Tomaselli
Special Assistant United States Attorney
(*By email authorization on June 30, 2017)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 6, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE