PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ASHOT SHIBOYAN,<br><br>          Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:16-cv-01152-KJN<br><br>**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME; ORDER** |

    IT IS HEREBY STIPULATED, by and between Ashot Shiboyan (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of ten (10) days to file her Opposition to Plaintiff's Opening Brief. The current due date is November 13, 2017. The new date will be November 27, 2017, although Defendant hopes to file the brief before that date. An extension of time is needed because the attorney responsible for briefing is still working through a backlog of cases

due to having been out on medical leave. The office is extremely busy at this time, particularly with the approaching holidays, such that her cases cannot be transferred. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, such that Plaintiff's reply brief shall be due December 18, 2017.

Respectfully submitted,

Date: November 8, 2017
By: */s/ Geri Nadine Kahn*\*
GERI NADINE KAHN
Attorney for Plaintiff
(\*As authorized by e-mail on November 8, 2017)

Date: November 8, 2017
PHILLIP A. TALBERT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE NOVEMBER 27, 2017. PLAINTIFF'S OPTIONAL REPLY BRIEF SHALL BE DUE DECEMBER 18, 2017.

Dated: November 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE