Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Ashot Shiboyan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashot Shiboyan, | Case No. 2:16-cv-01152 - KJN |
| Plaintiff, | **STIPULATION and ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES** |
| vs. | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties agree that Plaintiff is entitled to an award of attorney fees to be paid by the Defendant pursuant to the EAJA, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

The parties agree to an award of attorney's fees in the amount of $4,998.46. If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney Geri N. Kahn, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Ashot Shiboyan's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA

STIPULATION AND ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES

or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Ashot Shiboyan and/or Geri N. Kahn may have relating to EAJA attorney fees in connection with this action.

Finally, the parties agree whether the check is made payable to Plaintiff, or to Geri N. Kahn, the check shall be mailed to Plaintiff's attorney at the following address: Law Offices of Geri N. Kahn, 465 California Street, Suite 609, San Francisco, CA 94104.

Respectfully submitted,

Date: April 2, 2018     */s/Geri N. Kahn\**
Geri N. Kahn, CSBN 148536
Attorney at Law
Attorney for Plaintiff

Date: April 2, 2018     BENJAMIN B. WAGNER
United States Attorney

By:     /s/ *Gina Tomaselli*
Gina Tomaselli, CSBN 267090
Special Assistant United States Attorney
Attorneys for Defendant
*By email authorization on April 2, 2018

**ORDER**

**APPROVED AND SO ORDERED**:

Dated: April 4, 2018

Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE